**No. 38929.**—Protests 861031–G, etc., of Fara Macaroni Imptg. Co. et al. (New York).

Opinion by KINCHELOE, J. On the authority of *United States* v. *Field* (25 C. C. P. A. 308, T. D. 49422) and *Anniston* v. *Davis* (301 U. S. 337) the protests were dismissed.

**No. 38930.**—Protests 859979–G, etc., of T. J. Krikorian et al. (New York).

Opinion by KINCHELOE, J. On the authority of *United States* v. *Field* (25 C. C. P. A. 308, T. D. 49422) and *Anniston* v. *Davis* (301 U. S. 337) the protests were dismissed.

**No. 38931.**—Protests 857631–G, etc., of Oceanic Linen Importing Co. et al. (New York).

Opinion by KINCHELOE, J. On the authority of *United States* v. *Field* (25 C. C. P. A. 308, T. D. 49422) and *Anniston* v. *Davis* (301 U. S. 337) the protests were dismissed.

**No. 38932.**—Protests 853252–G, etc., of Walter T. Ueland et al. (New York).

Opinion by KINCHELOE, J. On the authority of *United States* v. *Field* (25 C. C. P. A. 308, T. D. 49422) and *Anniston* v. *Davis* (301 U. S. 337) the protests were dismissed.

**No. 38933.**—Protests 853210–G, etc., of Mitsubishi Shoji Kaisha, Ltd., et al. (New York).

Opinion by KINCHELOE, J. On the authority of *United States* v. *Field* (25 C. C. P. A. 308, T. D. 49422) and *Anniston* v. *Davis* (301 U. S. 337) the protests were dismissed.

BEFORE THE SECOND DIVISION, JUNE 30, 1938

**No. 38934.**—Protests 928334–G, etc., of Max H. Kahn et al. (New York).

Opinion by KINCHELOE, J. On the authority of *Perservance Import Corp.* v. *United States* (T. D. 49290) the protests were sustained.